

Davis Wright Tremaine LLP

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**John M. Magliery**
212.603.6444 tel
212.379.5212 fax

johnmagliery@dwt.com

February 23, 2022

MEMORANDUM ENDORSED

The Honorable Gabriel W. Gorenstein
United Stated Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Financial Solutions Partners, LLC v. HomeStreet Bank,*
      S.D.N.Y. Case No. 21-cv-06534-JPO

Dear Judge Gorenstein:

This firm is counsel to HomeStreet Bank.  We write, pursuant to the Settlement Conference Order in this action (Dkt. 48) and Your Honor's Individual Practices, to respectfully request that the Settlement Conference in this matter be adjourned to March 17, 2022, at 2:30 p.m.  Our client, a bank, is subject to an annual bank audit concluding on March 15; adjourning to a date after that audit will allow our client representative, the General Counsel of HomeStreet Bank, to participate fully.  We have complied with the Court's Individual Practices by seeking an available time from the Court's chambers and confirming that plaintiff and its counsel are also available at the designated time.  This is the first request for adjournment of the Settlement Conference.

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ John M. Magliery*

John M. Magliery

Conference adjourned to March 17, 2022, at 2:30 p.m.
Submissions due March 11, 2022.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

February 23, 2022

cc:   All Counsel of Record (by ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.
4891-5748-7120v.1 0028159-000095